IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURENCE EDWIN ASHFORD, | | |
| | Petitioner, | No. CIV S-11-1423 JAM GGH P |
| vs. | | |
| RON BARNES, Warden, | | |
| | Respondent., | <u>ORDER</u> |
| _____ / | | |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 10, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed February 10, 2012, are adopted in full; and

2. Respondent's motion to dismiss the petition as barred by the AEDPA statute of limitations, filed on August 16, 2011 (docket # 11), is denied; and

3. Respondent is directed to file an answer within thirty days.

DATED:   March 20, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE